B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Simply Wheelz LLC d/b/a Advantage Rent-A-Car**                                    Case No.    **13-03332-EE**
                                      Debtor(s)                                              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hertz Corporation<br>Attn: Perry Delvecchio<br>225 Brae Blvd.<br>Park Ridge, NJ 07656 | Hertz Corporation<br>Attn: Perry Delvecchio<br>225 Brae Blvd.<br>Park Ridge, NJ 07656 | | Contingent<br>Unliquidated<br>Disputed<br>Subject to setoff | 10,015,000.00 |
| Bank of America<br>Attn: C. Wertenberger<br>390 N. Orange Ave., S 900<br>Melbourne, FL 32901 | Bank of America<br>Attn: C. Wertenberger<br>390 N. Orange Ave., S 900<br>Melbourne, FL 32901 | | | 7,500,000.00 |
| Car Rentals.com<br>111 Town Sq. Place<br>Ste 1205<br>Jersey City, NJ 07310 | Car Rentals.com<br>111 Town Sq. Place<br>Ste 1205<br>Jersey City, NJ 07310 | | | 1,204,966.16 |
| TSD<br>1620 Turnpike Street<br>North Andover, MA 01845 | TSD<br>1620 Turnpike Street<br>North Andover, MA 01845 | | | 1,073,394.84 |
| GCA Services Group<br>Attn: Natalie Dunne<br>1350 Euclid St., S1500<br>Cleveland, OH 44115 | GCA Services Group<br>Attn: Natalie Dunne<br>1350 Euclid St., S1500<br>Cleveland, OH 44115 | | | 1,048,760.51 |
| Travelport LP<br>300 Galleria Parkway<br>Atlanta, GA 30339 | Travelport LP<br>300 Galleria Parkway<br>Atlanta, GA 30339 | | | 1,040,862.40 |
| Priceline.Com, Inc.<br>800 Connecticut Ave.<br>Norwalk, CT 06854 | Priceline.Com, Inc.<br>800 Connecticut Ave.<br>Norwalk, CT 06854 | | | 682,176.34 |
| Expedia, Inc.<br>333 108th Ave NE<br>Bellevue, WA 98004 | Expedia, Inc.<br>333 108th Ave NE<br>Bellevue, WA 98004 | | | 494,395.59 |
| Bank of America<br>Attn: C. Wertneberger<br>390 N. Orange Ave., S900<br>Melbourne, FL 32901 | Bank of America<br>Attn: C. Wertneberger<br>390 N. Orange Ave., S900<br>Melbourne, FL 32901 | | | 491,982.26 |
| TACS<br>Park West at Dulles Corner<br>13880 Dulles Corner Lane<br>Herndon, VA 20171 | TACS<br>Park West at Dulles Corner<br>13880 Dulles Corner Lane<br>Herndon, VA 20171 | | | 475,196.67 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  Simply Wheelz LLC d/b/a Advantage Rent-A-Car  
                        Debtor(s)

Case No. 13-03332-EE

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Orbitz<br>23508 Network Place<br>Chicago, IL 60673 | Orbitz<br>23508 Network Place<br>Chicago, IL 60673 | | | 474,083.67 |
| Corepointe Insurance Co<br>401 S. Old Woodward Ave<br>Suite 300<br>Birmingham, MI 48009 | Corepointe Insurance Co<br>401 S. Old Woodward Ave<br>Suite 300<br>Birmingham, MI 48009 | | | 417,358.24 |
| Southwest Airlines<br>Attn: Revenue Accounting<br>PO Box 97397<br>Dallas, TX 75397 | Southwest Airlines<br>Attn: Revenue Accounting<br>PO Box 97397<br>Dallas, TX 75397 | | | 301,283.13 |
| Sonoran National Ins. Gr.<br>7502 E. Pinnacle Peak<br>Ste B210<br>Scottsdale, AZ 85255 | Sonoran National Ins. Gr.<br>7502 E. Pinnacle Peak<br>Ste B210<br>Scottsdale, AZ 85255 | | | 284,784.50 |
| United Healthcare<br>Attn: Christine Irish<br>9900 Bren Rd East<br>Hopkins, MN 55343 | United Healthcare<br>Attn: Christine Irish<br>9900 Bren Rd East<br>Hopkins, MN 55343 | | | 282,342.60 |
| Fleetlogix<br>3590 Kettner Blvd<br>San Diego, CA 92101 | Fleetlogix<br>3590 Kettner Blvd<br>San Diego, CA 92101 | | | 272,538.19 |
| Texas Dept. of Revenue<br>1711 San Jacinto Blvd<br>Austin, TX 78701 | Texas Dept. of Revenue<br>1711 San Jacinto Blvd<br>Austin, TX 78701 | | | 250,000.00 |
| National Automobile Club<br>Attn: Landry Nix<br>373 Vintage Park, Ste E<br>San Mateo, CA 94404 | National Automobile Club<br>Attn: Landry Nix<br>373 Vintage Park, Ste E<br>San Mateo, CA 94404 | | | 242,297.43 |
| Rate-Highway, Inc.<br>18001 Cowan<br>Suite F<br>Irvine, CA 92614 | Rate-Highway, Inc.<br>18001 Cowan<br>Suite F<br>Irvine, CA 92614 | | | 241,252.06 |
| CA State Board of Equalization<br>P. O. Box 942879<br>Sacramento, CA 94279 | CA State Board of Equalization<br>P. O. Box 942879<br>Sacramento, CA 94279 | | | 240,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Simply Wheelz LLC d/b/a Advantage Rent-A-Car**           Case No.  **13-03332-EE**
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 5, 2013**                Signature  **/s/ Thomas P. McDonnell, III**
                                                      **Thomas P. McDonnell, III**
                                                      **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy